IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Jackson,<br><br>    Petitioner,<br><br>vs.<br><br>Warden Sterns, et al.,<br><br>    Respondents. | No. CV 05-2496-PCT-MHM<br><br>**ORDER** |

    Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on August 18, 2005, arguing that his lawyer provided ineffective assistance of counsel at sentencing. December 1, 2004, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus. On March 7, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed.

    In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. On April 18, 2008, the Court granted Petitioner an extension of time to file objections to the Report and Recommendation. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

/ / /

1     The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3     IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court [13]. .
5     IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is
6 denied [1].
7     IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
8     DATED this 9th day of June, 2008.

_____
Mary H. Murguia
United States District Judge